mony as the court dares take? Again, how often will this rule, invoked for the benefit of one who seeks to hide his past, work to the infinite injury of one who would gladly reveal it?

I think the judgment should be affirmed.

I am authorized to say that Mr. Chief Justice Adams and Mr. Justice Campbell join herein.

No. 13,525.

HALVORSON ET AL. *v.* CHRISTENSEN ET AL.
(33 P. [2d] 1115)

Decided June 18, 1934.

Mr. THOMAS J. WARREN, for plaintiffs in error.

Mr. MORTIMER STONE, Mr. ALDEN T. HILL, for defendants in error.